UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
RAFALO, GRZEGORZ                          §    Case No. 11-44622
RAFALO, SOPHIA                            §
                                          §
                                          §
        Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Kenneth S. Gardner
                Clerk of the U.S. Bankruptcy Court
                219 S. Dearborn, 7th Floor
                Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
                9:30 a.m.
                on January 10, 2013
                in Courtroom 680, U.S. Courthouse
                219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                            Clerk of the US Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*

*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RAFALO, GRZEGORZ | § | Case No. 11-44622 |
| RAFALO, SOPHIA | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,900.00 | $ 0.00 | $ 2,900.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 911.00 | $ 0.00 | $ 911.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,811.00 |
| Remaining Balance | | $ | 3,189.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,451.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 545.36 | $ 0.00 | $ 89.41 |
| 000002 | FIA CARD SERVICES, N.A. | $ 15,742.67 | $ 0.00 | $ 2,580.96 |
| 000003 | Nordstrom fsb | $ 1,359.36 | $ 0.00 | $ 222.86 |
| 000004 | American Express Centurion Bank | $ 1,804.03 | $ 0.00 | $ 295.77 |

Total to be paid to timely general unsecured creditors      $ 3,189.00

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 19,144.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Butler Asset Management LLC-- Donald Kaltenbaugh | $ 19,144.54 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Joseph A. Baldi
                                     Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-44622-JPC
Grzegorz Rafalo                                                           Chapter 7
Sophia Rafalo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 3              Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
db/jdb     +Grzegorz Rafalo,    Sophia Rafalo,    7007 W. Hayes Ave.,    Chicago, IL 60631-1684
18834086    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18005812   +Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
18005818   +BMO Harris Bank,    PO Box 94034,    Palatine, IL 60094-4034
18005814   +Bank of America,    450 American St,    Simi Valley, CA 93065-6285
18005815   +Bank of America,    450 America St,    Simi Valley, CA 93065-6285
18005819   +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18594699    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18005822    Illinois Department of Revenue,    C/O Bankruptcy Department,    100 West Randolph, Level 7 Rm 425,
             Chicago, IL 60601
18005827   +Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
18005828  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 790408,    Saint Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18005813    E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 15 2012 01:56:12     Armore Systems,   1700 Kiefer Dr.,
             Suite 1,   Zion, IL 60099-5105
19140461    E-mail/Text: bankruptcynotices@cfstwo.com Dec 15 2012 03:53:57
             Butler Asset Management LLC--Donald Kaltenbaugh,   c/o CFS II Inc,
             2488 E 81st Street, Suite 500,   Tulsa, Oklahoma 74137-4214
18548017    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:06:52     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18005821   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:06:52     Discover Fin Svcs LLC,
             P.O. Box 15316,   Wilmington, DE 19850-5316
18005823   +E-mail/Text: cio.bncmail@irs.gov Dec 15 2012 01:47:50     Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
18005824   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2012 01:53:38     Midland Cred,
             8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
18005825   +E-mail/Text: bnc@nordstrom.com Dec 15 2012 01:52:32     Nordstrom Fsb,   P.O. Box 6565,
             Englewood, CO 80155-6565
18787497   +E-mail/Text: bnc@nordstrom.com Dec 15 2012 01:52:32     Nordstrom fsb,   P.O. Box 6566,
             Englewood, CO 80155-6566
18005826   +E-mail/Text: patti@peoplesenergycu.org Dec 15 2012 03:54:06     Peoples Energy,   130 E Randolph,
             Chicago, IL 60601-6302
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Baldi Berg & Wallace, Ltd
18005817        BMO Harris Bank,    PO Box 94034
18005820*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18005816      ##+Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: kseldon              Page 2 of 3              Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: kseldon              Page 3 of 3              Date Rcvd: Dec 14, 2012
                               Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2012 at the address(es) listed below:

          Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Chad M. Hayward    on behalf of Joint Debtor Sophia  Rafalo courtnotice@haywardlawoffices.com, ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
          Chad M. Hayward    on behalf of Debtor Grzegorz  Rafalo courtnotice@haywardlawoffices.com, ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
          Gabriella R Comstock    on behalf of Creditor    BMO Harris Bank N.A., as successor in interest to HARRIS N.A. grc@kmlegal.com
          Howard  Peritz    on behalf of Joint Debtor Sophia  Rafalo ilbarrister@comcast.net
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                  TOTAL: 11

Case 11-44622    Doc 48    Filed 12/14/12    Entered 12/16/12 23:34:03    Desc Imaged
Certificate of Notice    Page 8 of 8