UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RAFALO, GRZEGORZ | § | Case No. 11-44622 |
| RAFALO, SOPHIA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO Harris Bank PO Box 94034 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank PO Box 94034 Palatine, IL 60094 | | | | | |
| | BMO Harris Bank PO Box 94034 Palatine, IL 60094 | | | | | |
| | BMO Harris Bank PO Box 94034 Palatine, IL 60094 | | | | | |
| | Bank of America 450 America St Simi Valley, CA 93065 | | | | | |
| | Bank of America 450 America St Simi Valley, CA 93065 | | | | | |
| | Bank of America 450 American St Simi Valley, CA 93065 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue C/O Bankruptcy Department 100 West Randolph, Level 7 Rm 425 Chicago, IL 60601 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armore Systems 1700 Kiefer Dr. Suite 1 Zion, IL 60099-5105 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Midland Cred 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Peoples Energy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Sears PO Box 6189 Sioux Falls, SD 57117 | | | | | |
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | NORDSTROM FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | BUTLER ASSET MANAGEMENT LLC-- DONALD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - RAFALO

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-44622 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RAFALO, GRZEGORZ | | | | Date Filed (f) or Converted (c): | 11/01/11 (f) |
| | RAFALO, SOPHIA | | | | 341(a) Meeting Date: | 12/08/11 |
| For Period Ending: | 03/18/13 | | | | Claims Bar Date: | 05/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Primary Residence located at 7007 W. Haye | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 6429 N. Oliphant Ave, Chicago, IL 60631 | 220,000.00 | 0.00 | | 0.00 | FA |
| 3. 6427 N. Oliphant Ave, Chicago, IL 60631 | 320,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 500.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account with Bank of America | 5.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account with TCF Bank | 405.87 | 0.00 | | 0.00 | FA |
| 7. Checking Account with Chase Bank | 353.61 | 0.00 | | 0.00 | FA |
| 8. Checking Account with Chase Bank | 245.62 | 0.00 | | 0.00 | FA |
| 9. Savings Account with Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 10. Checking Account with TCF Bank | 889.21 | 0.00 | | 0.00 | FA |
| 11. Furniture | 1,900.00 | 0.00 | | 0.00 | FA |
| 12. Books | 150.00 | 0.00 | | 0.00 | FA |
| 13. Clothing and wearing Apparel | 850.00 | 0.00 | | 0.00 | FA |
| 14. Fidelity Investment Education Account for Daughter | 8,547.36 | 0.00 | | 0.00 | FA |
| 15. Fidelity Investment Education Account For Son | 5,408.06 | 0.00 | | 0.00 | FA |
| 16. Fidelity Investment Roth IRA | 6,648.37 | 0.00 | | 0.00 | FA |
| 17. Fidelity Funds Roth IRA | 7,403.55 | 0.00 | | 0.00 | FA |
| 18. 2001 Mitsubishi Montero | 4,550.00 | 2,150.00 | | 2,150.00 | FA |
| 19. 2003 Mercedes S 500 with 90,000 miles (In repair s | 4,000.00 | 1,000.00 | | 1,000.00 | FA |
| 20. 2010 Mazda CX-7 | 6,000.00 | 3,850.00 | | 3,850.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $938,056.65 | $7,000.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1 - RAFALO**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-44622   JPC   Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | RAFALO, GRZEGORZ | Date Filed (f) or Converted (c): | 11/01/11 (f) |
| | RAFALO, SOPHIA | 341(a) Meeting Date: | 12/08/11 |
| | | Claims Bar Date: | 05/16/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold estate's interest in cars back to debtors pursuant to Order 8/7/12

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/12


          /s/    Joseph A. Baldi, Trustee
_____ Date: 03/18/13
          JOSEPH A. BALDI, TRUSTEE

FORM 2 - RAFALO

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-44622 -JPC |
| Case Name: | RAFALO, GRZEGORZ |
| | RAFALO, SOPHIA |
| Taxpayer ID No: | *******6088 |
| For Period Ending: | 03/18/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8258 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/12 | * NOTE * | GRZEGORZ M RAFALO | SETTLEMENT-Equity in automobiles * NOTE * Properties 18, 19, 20 | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/11/13 | 001001 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,450.00 | 5,550.00 |
| 01/11/13 | 001002 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 911.00 | 4,639.00 |
| 01/11/13 | 001003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 23.84847% | 7100-900 | | 130.06 | 4,508.94 |
| 01/11/13 | 001004 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000002, Payment 23.84913% | 7100-900 | | 3,754.49 | 754.45 |
| 01/11/13 | 001005 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | Claim 000003, Payment 23.84946% | 7100-900 | | 324.20 | 430.25 |
| 01/11/13 | 001006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000004, Payment 23.84938% | 7100-900 | | 430.25 | 0.00 |

Page Subtotals         7,000.00         7,000.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 - RAFALO

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-44622 -JPC | |
| Case Name: | RAFALO, GRZEGORZ | |
| | RAFALO, SOPHIA | |
| Taxpayer ID No: | *******6088 | |
| For Period Ending: | 03/18/13 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******8258  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.00 | 7,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,000.00 | 7,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.00 | 7,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - ********8258 | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*